**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE: SHANICQUA APONTE,          :          Civil No. 2:20-cv-03610
                                  :          Bankruptcy No. 20-10420
_____

**O R D E R**

**AND NOW**, this 3rd day of November, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. This appeal is **DISMISSED**.

2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge